IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01695-RBJ-KLM

BUSINESS PAYMENT SYSTEMS, LLC,

    Plaintiff,

v.

BUSINESS PAYMENT SYSTEMS - ROCKY MOUNTAIN, LLC,
CORNERSTONE BUSINESS RESOURCES, LLC,
ROSTERWIRE, LLC, doing business as ReYrd,
STANLEY R. KROPP,
LORI S. KROPP and
COREY KROPP,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Allow Plaintiff's Counsel to Appear Telephonically at January 31, 2013 Scheduling Conference** [Docket No. 33; Filed January 25, 2013] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#33] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that counsel for Plaintiff may appear by telephone at the Scheduling Conference on January 31, 2013 at 11:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and counsel for Plaintiff before dialing the Court.

    Dated: January 25, 2013